IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARMOD RASHAD JAHMAL BOSWELL, a.k.a., Armond Boswell, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 2:19-CV-55-WHA<br>) |
| OFFICER GREENE, | )<br>) |
| Defendant. | ) |

## **ORDER**

On August 30, 2019, the Magistrate Judge entered a Recommendation (Doc. #20) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for the plaintiff's failure to comply with an order of this court;

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 26th day of September, 2019.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE